UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:05-CR-84-T-30TGW

EPIFANIO MORENO
_____/

ORDER AND AMENDED JUDGMENT

Before the Court is the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b). (D-106.)

Defendant pled guilty to one count of conspiracy to possession with the intent to distribute 5 or more kilograms of cocaine while onboard a vessel subject to the jurisdiction of the United States in violation of 46 App. U.S.C. § 1903(a), (g), (j) and 21 U.S.C. §§ 960(b)(1)(B)(ii).  On November 1, 2005, the Court sentenced Defendant to a term of imprisonment of 168 months.

The Government filed a motion for a sentence reduction pursuant to Fed.R.Crim.P. 35(b) and 18 U.S.C. § 3553(e).  The Government states that it considers Defendant's continued cooperation to be substantial assistance.  The Government therefore recommends that Defendant be awarded a four-level

reduction in sentence. Defendant did not request a hearing.

The Court has fully considered the motion of the Government requesting reduction of the sentence imposed upon the Defendant and the evaluation by the Government of the assistance provided by the Defendant. The Court finds that the Defendant, Epifanio Moreno, in-fact, substantially assisted the Government in the manner described in the Government's motion. The Court therefore GRANTS the Government's motion and departs downward four levels due to Defendant's substantial assistance. Given that departure, the Guideline Range determined by the Court is as follows:

Total Offense Level: 31

Criminal History Category: I

Imprisonment Range: 108 to 135 months

Supervised Release Range: 3 to 5 years

Fine Range: $25,000 to $4,000,000.

The Court reduces Defendant's sentence to a term of incarceration of 108 months. All other aspects of the Defendant's November 3, 2005 Judgment are reaffirmed and ratified.

It is therefore ORDERED that:

1) The Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b) (D-106) is GRANTED in accordance with the foregoing.

2) Defendant's Judgment heretofore entered in this Criminal Case and dated November 3, 2005 is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's term of imprisonment from 168 months to 108 months.

3) All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 17th day of April, 2013.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE